IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE CORPORATION, | Case No. 4:24-cv-01103-LHR |
| *Plaintiff*, | |
| v. | |
| PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, | |
| *Defendant*. | |

**JOINT CASE MANAGEMENT STIPULATION**

Plaintiff John Doe Corporation and Defendant Public Company Accounting Oversight Board ("Board") agree and stipulate to the following case management schedule:

1. The Board acknowledges service of the Complaint.

2. The Board shall answer or otherwise respond to the Complaint on or before June 17, 2024.

3. If the Board files a motion under Fed. R. Civ. P. 12, then the following schedule applies:

| **Event** | **Deadline** |
|---|---|
| Defendant's Rule 12 Motion | June 17, 2024 |
| Plaintiff's Opposition | August 19, 2024 |
| Defendant's Reply | September 19, 2024 |

4. If the Rule 12 motion is denied, in whole or in part, then the following schedule applies:

| **Event** | **Deadline** |
|---|---|
| Defendant's Opposition to Plaintiff's Motion for Leave to Litigate this Case Pseudonymously or statement that Defendant does not oppose such motion | 21 days from Rule 12 ruling |

1

| Event | Deadline |
|---|---|
| Plaintiff's Reply, if any, on its Motion for Leave to Litigate this Case Pseudonymously | 21 days from Defendant's Opposition |
| The Parties' Rule 26(f) conference (to address scope of possible discovery) | No later than 21 days from Rule 12 ruling |
| Plaintiff's Motion for Summary Judgment | 60 days from the close of discovery or an order denying discovery |
| Defendant's Opposition and Cross-Motion for Summary Judgment | 45 days from filing of Motion |
| Plaintiff's Reply and Opposition to Cross-Motion | 45 days from filing of Opposition/Cross-Motion |
| Defendant's Reply | 21 days from filing of Reply/Opposition to Cross-Motion |

[Signature Page Follows]

DATED: May 24, 2024

/s/ *John R. Nelson (by permission)*
John R. Nelson
State Bar No. 00797114
Federal ID No. 32683
DICKINSON WRIGHT PLLC
607 West 3rd Street, Suite 2500
Austin, TX 78701
Tel: (512) 770-4200
Fax: (844)-670-6009
jnelson@dickinsonwright.com

Jacob S. Frenkel (*pro hac vice forthcoming*)
MD Bar No. 199206092
DICKINSON WRIGHT PLLC
International Square
1825 I St., N.W., Suite 900
Washington, DC 20006
Tel: (202) 466-5953
Fax: (844)-670-6009
jfrenkel@dickinsonwright.com

Brooks T. Westergard
(*pro hac vice forthcoming*)
NV Bar No. 14300
DICKINSON WRIGHT PLLC
100 West Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7510
Fax: (844)-670-6009
bwestergard@dickinsonwright.com

Russell G. Ryan (*pro hac vice forthcoming*)
Sheng Li (*pro hac vice forthcoming*)
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street, N.W., Suite 450
Washington, DC 20036
(202) 869-5210
russ.ryan@ncla.legal

*Attorneys for Plaintiff John Doe Corporation*

/s/ *John K. Edwards*
John K. Edwards
*Attorney-in-Charge*
State Bar No. 24002040
Federal ID No. 21645
Gabriela M. Barake
State Bar No. 24099794
Federal ID No. 3006704
JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Phone (713) 752-4200
Fax (713) 752-4221
jedwards@jw.com
gbarake@jw.com

Donald B. Verrilli, Jr. (*pro hac vice forthcoming*)
Elaine J. Goldenberg (*pro hac vice forthcoming*)
Ginger D. Anders (*pro hac vice forthcoming*)
Rachel G. Miller-Ziegler (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, D.C. 20001
(202) 220-1100
Donald.Verrilli@mto.com

*Attorneys for Public Company Accounting Oversight Board*

So ORDERED.
Date: _____            _____
                                                                                    Hon. Lee H. Rosenthal
                                                                                    United States District Judge